■ MARIA ELBAZ, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [29 NYS3d 197]—In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Kings County (Bunyan, J.), dated September 3, 2014, which denied its motion for summary judgment dismissing the complaint.

Ordered that the order is reversed, on the law, without costs or disbursements, and the defendant's motion for summary judgment dismissing the complaint is granted.

The plaintiff commenced this action to recover damages for personal injuries allegedly sustained by her when she slipped or tripped on wet debris that was present on a set of stairs leading to the main entrance of a building owned by the defendant. The defendant moved for summary judgment dismissing the complaint. The Supreme Court denied the motion. The defendant appeals. We reverse.

In support of its motion, the defendant established its prima facie entitlement to judgment as a matter of law by submitting evidence demonstrating that it neither created nor had actual or constructive notice of the condition alleged by the plaintiff to have caused the accident (*see Armijos v Vrettos Realty Corp.*, 106 AD3d 847 [2013]). In opposition, the plaintiff failed to raise a triable issue of fact. Accordingly, the Supreme Court should have granted the defendant's motion for summary judgment dismissing the complaint. Rivera, J.P., Miller, Hinds-Radix and LaSalle, JJ., concur.